WUNDER, Respondent, v. WUNDER, Appellant

(43 N. W.2d 371)

(File No. 9074. Opinion filed May 29, 1950)

**H. R. Jackson,** Lemmon, for Appellant.
**Morrison & Skaug,** Mobridge, for Respondent.

PER CURIAM. Upon petition of defendant for leave to appeal from an order entered in the above entitled action an order of this court allowing such appeal was made and entered on April 5, 1949. Notice of appeal was filed with the clerk

of this court on May 26, 1949. Defendant has taken no further steps in the prosecution of said appeal. The order of this court granting leave to appeal is vacated and set aside and the appeal is hereby dismissed.

All the Judges concur.